**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:18-cv-01773-KES                                    Date: June 11, 2019

Title: COMPASS BANK v. IGOR SHABANETS, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

|  |  |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendants**

Compass Bank ("Plaintiff") filed this action on September 28, 2018. (Dkt. 1.) On October 4, 2018, at Plaintiff's request, the Clerk issued a 21-day summons directed to Igor and Olga Shabanets ("Defendants"). (Dkt. 6.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. Although that 90-day deadline expired on December 27, 2018, Plaintiff had not filed any proof of service as of January 2019. The Court therefore ordered Plaintiff to show cause why this action should not be dismissed without prejudice for failure to timely serve Defendants. (Dkt. 7.)

Plaintiff responded by requesting a 90-day extension, which the Court granted. (Dkt. 8, 9.) The extended service deadline expired on April 17, 2019, after which the Court again ordered Plaintiff to show cause. (Dkt. 10.) Plaintiff responded, and the Court extended the service deadline to June 3, 2019. (Dkt. 12.)

**On or before June 24, 2019**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendants.

Initials of Deputy Clerk JD